■ TONI M. CATALDO, Appellant, v LAWRENCE C. KOLB, as Director of New York State Psychiatric Institute, et al., Respondents.—Judgment, Supreme Court, New York County, entered on November 27, 1974, unanimously affirmed for the reasons stated at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Birns, Silverman, Lane and Nunez, JJ.